UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Juliette Pierre

                     Plaintiff,

           -against-

Moore Capital Management LLC
                     Defendant.
------------------------------------------------------------x

08 CIVIL 4209 (DLC)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Gregory Calliste JR

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: Gc8140

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Law office of Frederick K. Brewington

    To: Clerk of the court

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* 50 Clinton Street, Suite 501

☐ *Telephone Number:* 516-489-6959

☐ *Fax Number:* 516-489-6958

☐ *E-Mail Address:* office@brewingtonlaw.com

Dated: 5/15/08