LAW OFFICES OF
# FREDERICK K. BREWINGTON
*ATTORNEYS AND COUNSELORS AT LAW*
50 CLINTON STREET, SUITE 501
HEMPSTEAD, N. Y. 11550

———

TELEPHONE: (516) 489-6959
FACSIMILE: (516) 489-6958

**FREDERICK K. BREWINGTON**
--------
**IRA FOGELGAREN**
--------
**GREGORY CALLISTE, JR.**
**VALERIE M. CARTRIGHT**
**MILI MAKHIJANI**

July 1, 2008

**BY ELECTRONIC FILING**
Honorable Denise Cote
United States District Court Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Juliette Pierre v. Moore Capital Management, et al.*
**Docket No.: 08-CV-4209 (DLC)**

Dear Judge Cote:

This office represents Plaintiff Juliette Pierre in this matter. We write in response to the Court's notice of initial pretrial conference, which states that an initial conference in this matter is currently scheduled to take place on July 11, 2008. More specifically, we conferred with Counsel for Defendants and we respectfully write Your Honor to request an adjournment of said initial conference for the reasons stated below.

As the Court is aware, the Complaint was filed by Ms. Pierre on May 2, 2008. Since then, this office has been in contact with Counsel for Defendants and the Parties have been discussing a possible pre-litigation settlement of this matter. Though a settlement has not been reached, the Parties' negotiations thus far have been progressive. In addition, as a result of this office's trial schedule and the fact that the undersigned has also been out of the office due to health concerns, service of every named Party in this matter is *not* yet complete.

Accordingly, we respectfully request that the initial conference in this matter be adjourned to a date in late August so that we my complete service and so that the Parties may more fully explore the possibility of resolving this matter without the need for further Court intervention.

We thank the Court for its kind consideration. Please contact this office should you have any questions.

Respectfully Submitted,

*/S/*
GREGORY CALLISTE, JR.

cc: Kenneth Turnbull, Esq (by fax ([212] 309-6001)and mail)