UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                      :

JULIETTE PIERRE,                          :

                Plaintiff,           :    08 CIV. 4209 (DLC)

                                                       :

      -v-                                 :      ORDER OF
                                                  :      <u>DISCONTINUANCE</u>

MOORE CAPITAL MANAGEMENT, LLC; ANTHONY :
GALLAGHER, in his official and
individual capacities; JOHN POTTER, in  :
his official and individual capacities; :
LYNNE GABRIEL, in her official and
individual capacities; and EMPLOYEES    :
JOHN and JANE DOES 1-3, in their
official and individual capacities,     :

                                                     :

             Defendants.           :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

Dated:    New York, New York
          September 5, 2008

                                            _____
                                                DENISE COTE
                                     United States District Judge